`Case 4:21-cr-00048-RH-MAF   Document 1   Filed 10/05/21   Page 1 of 5`

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

CARLOS A. URENA

_____/

**INDICTMENT**

4:21cr48-RH

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about July 1, 2021, and on or about July 22, 2021, in the Northern District of Florida, the defendant,

**CARLOS A. URENA,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1.    a.    On or about November 19, 2002, **CARLOS A. URENA** was convicted in the State of Florida of driving while license revoked ("DWLR");



FILED USDC FLND TL
OCT 5 '21 PM 1:54

b. On or about March 4, 2003, **CARLOS A. URENA** was convicted in the State of Florida of driving while license revoked as a habitual offender ("DWLR (Habitual Offender)");

c. On or about June 3, 2003, **CARLOS A. URENA** was convicted in the State of Florida of driving while license revoked ("DWLR");

d. On or about February 13, 2007, **CARLOS A. URENA** was convicted in the State of Florida of possession of > 20 grams cannabis and felony battery;

e. On or about February 7, 2013, **CARLOS A. URENA** was convicted in the State of Florida of possession of a controlled substance;

f. On or about November 19, 2018, **CARLOS A. URENA** was convicted in the State of Florida of driving while license suspended or revoked ("DWLSR");

g. On or about June 25, 2021, **CARLOS A. URENA** was convicted in the State of Florida of child abuse; and

h. On or about June 25, 2021, **CARLOS A. URENA** was convicted in the State of Florida of possession of ammunition by convicted felon.

2. For each of these crimes, **CARLOS A. URENA** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **CARLOS A. URENA** did knowingly possess a firearm, to wit, a Springfield Armory 9 millimeter pistol, a Mossberg 12 gauge shotgun, a ATA Arms 12 gauge shotgun, and ammunition of various calibers including assorted rounds of 9 millimeter, 10 millimeter, .300 AAC Blackout caliber, .308 caliber, .308 Winchester caliber, 6.5 Grendel caliber, 6.8 Bison caliber, 5.56×45mm caliber, and 7.62×39mm caliber ammunition, and 12 gauge shotgun shells.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

Between on or about July 1, 2021, and on or about July 22, 2021, in the Northern District of Florida, the defendant,

**CARLOS A. URENA,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(3) and (c), to wit, a privately made .300 AAC Blackout caliber AR-style rifle with a barrel of less than 16 inches in length, which firearm was not

registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

## CARLOS A. URENA,

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

## CARLOS A. URENA,

in committing and attempting to commit a felony in violation of the laws of the United States, perpetrated in whole and in part by the use of a firearm, did knowingly possess the firearm described above, any and all interest that this defendant has in the firearm is vested in the United States and hereby forfeited to

the United States pursuant to Title 18, United States Code, Section 3665, and Title 26, United States Code, Section 5872.

A TRUE BILL:

███████████████████

FOREPERSON

Oct. 5, 2021

DATE

JASON R. COODY
Acting United States Attorney

JAMES A. McCAIN
Assistant United States Attorney

5