IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

CARLOS A. URENA

Case No. 4:21cr48-RH

## STATEMENT OF FACTS

The Defendant admits that, if this case were to proceed to trial, the Government could prove the following facts beyond a reasonable doubt.

The Tallahassee Police Department (TPD) and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) began investigating Carlos Urena after receiving information from a confidential source that Urena was in possession of almost twenty firearms and that he carried them around in guitar cases.

ATF investigated financial records from Truist Bank and learned that between June 17, 2021, and July 7, 2021, Urena spent around $8000 at various websites which sell firearm parts and part-kits.

TPD put a pole camera up outside of Urena's home and saw numerous instances of him carrying guitar cases and soft-sided rifle cases to and from the residence.

On July 22, 2021, ATF and TPD executed a federal search warrant at Urena's

FILED IN OPEN COURT ON
1/6/2022 cm
United States District Court
Northern District of Florida

residence. They recovered eight AR-15 style firearms, a Mossberg 12 gauge shotgun (manufactured in Connecticut), and three polymer-80 Glock-style pistols. The AR-15 style firearms and polymer-80 Glock-style pistols were all privately made firearms (PFMs) assembled from parts or part-kits. They also discovered thousands of rounds of ammunition of various calibers including assorted rounds of 9 millimeter, 10 millimeter, .300 AAC Blackout caliber, .308 caliber, .308 Winchester caliber, 6.5 Grendel caliber, 6.8 Bison caliber, 5.56×45mm caliber, and 7.62×39mm caliber ammunition, and 12 gauge shotgun shells. (Most of this ammunition was manufactured outside of the state of Florida.) They also discovered additional firearm parts including high capacity magazines, AR receivers, and tools related to firearm manufacturing.

One of the AR-15 style firearms was a short-barreled rifle (barrel length of approximately 6 ¼ inches). That firearm is not registered to Urena in the National Firearms Registration and Transfer Record.

ATF interviewed Urena following the execution of the search warrant. Post-*Miranda*, Urena admitted to possession of the firearms found in his residence but denied that he was selling firearms to anyone. Urena also told ATF that there were currently two firearms at his place of business that belong to friends of his, and that he was working on them. He admitted to working on firearms at various places,

including at his business.

A second federal search warrant for Urena's business was then obtained and executed. ATF found four additional firearms, including a Springfield Armory 9 millimeter pistol (manufactured in the country of Croatia and imported into the United States) and a ATA Arms 12 gauge shotgun (manufactured in the country of Turkey and imported into the United States), additional ammunition, and more firearm-related tools.

The Government obtained business records from approximately 18 firearm-related companies from whom Urena had made purchases of firearm parts or part-kits. ATF was able to identify items recovered during the execution of the search warrant which matched items which Urena had ordered. For instance, On March 30, 2021, Urena ordered an Odin Works 16.1" 300 BLK barrel from ar15discounts.com and that type of barrel was recovered from Urena's residence. Likewise, on June 22, 2021, Urena ordered an Odin Works close quarters PDW rifle stock from Wing Tactical and that type of stock was recovered from Urena's residence.

Urena was in knowing possession of all of the firearms and ammunition that were found in his residence and business during the execution of the search warrants. At that time, Urena had previously been convicted of a felony, to wit:

    a.    On or about November 19, 2002, **CARLOS A. URENA** was

   convicted in the State of Florida of driving while license revoked ("DWLR");

b. On or about March 4, 2003, **CARLOS A. URENA** was convicted in the State of Florida of driving while license revoked as a habitual offender ("DWLR (Habitual Offender)");

c. On or about June 3, 2003, **CARLOS A. URENA** was convicted in the State of Florida of driving while license revoked ("DWLR");

d. On or about February 13, 2007, **CARLOS A. URENA** was convicted in the State of Florida of possession of > 20 grams cannabis and felony battery;

e. On or about February 7, 2013, **CARLOS A. URENA** was convicted in the State of Florida of possession of a controlled substance;

f. On or about November 19, 2018, **CARLOS A. URENA** was convicted in the State of Florida of driving while license suspended or revoked ("DWLSR");

g. On or about June 25, 2021, **CARLOS A. URENA** was convicted in the State of Florida of child abuse; and

  h. On or about June 25, 2021, **CARLOS A. URENA** was convicted in the State of Florida of possession of ammunition by convicted felon.

Those convictions have not been set aside, Urena has not received a pardon, and Urena's right to possess firearms has not been restored. Urena was aware that he was a convicted felon (having previously been sent to prison for a year and a day, and having also recently been convicted and placed on state probation for possession of ammunition by convicted felon).

## ELEMENTS

**Count 1: Possession of a firearm or ammunition by a convicted felon**

(1) The Defendant knowingly possessed a firearm or ammunition;

(2) At the time of the charged act, the defendant had previously been convicted of a crime punishable by imprisonment for more than one year;

(3) At the time of the charged act, the defendant knew that he had been convicted of such an offense; and

(4) The firearm had been transported in interstate or foreign commerce.

**Count 2: Possession of an Unregistered National Firearms Act Weapon**, PJI 106.1

A "firearm" includes a rifle having a barrel less than 16 inches in length.

(1) the Defendant possessed a firearm; and

(2) the firearm was not registered to the Defendant in the National Firearms Registration and Transfer Record.

JASON R. COODY
~~Acting~~ United States Attorney

JOSEPH F. DeBELDER
Attorney for Defendant

1/6/2022
Date

JAMES A. McCAIN
Florida Bar No. 0077536
Assistant United States Attorney
Northern District of Florida
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
james.mccain2@usdoj.gov

CARLOS A. URENA
Defendant

1/6/2022
Date

1/6/2022
Date